IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THAM VAN PHAM,                                                                                        PLAINTIFF
Reg. #23223-047

v.                                         NO. 2:13CV00158 JLH/JTR

ANTHONY HAYNES, Warden,
FCI-Forrest City, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 29th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE